# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA

V.

Adrianne Ewing

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 08-mj-01188 KLM

CHARGING DISTRICTS
CASE NUMBER: 08-cr-325

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of Nebraska ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the U.S. District Court District of Nebraska - 111 S. 18th Plaza #1152 Omaha, NE 68102
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) District of Nebraska on 10-20-08 1:30pm .
*Date and Time*

Signature of Judge

10-14-08
Date

Boyd N. Boland
Name of Judge

U.S. Magistrate Judge
Title of Judge